**Antonio GRENIER, Plaintiff,**

**v.**

**KENNEBEC COUNTY, et al., Defendants.**

**Civ. No. 89–0180 P.**

United States District Court, D. Maine.

Sept. 12, 1990.

ORDER

GENE CARTER, Chief Judge.

No objection having been filed, motion *GRANTED* per Local Rule 19(c) and it is hereby *ORDERED* that this Court's Order entered on March 21, 1990, 733 F.Supp. 455 be, and is hereby, *AMENDED* to add thereto in the final paragraph thereof the following language,

"(5) Defendant Commissioner Donald Allen's motion to dismiss all claims seek-

ing federal declaratory relief is hereby *GRANTED.*"

So *ORDERED.*